# United States District Court

SOUTHERN \_\_\_\_\_ DISTRICT OF \_\_\_\_\_ FLORIDA

FILED by \_\_\_ D.C.
MAY 1 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
V.

KINGSLEY ODIBO

## CRIMINAL COMPLAINT

CASE NUMBER: 00-4116-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about **March 2000 to the present** in **Broward and Dade** counties, in the **Southern** District of **Florida** defendant(s) did, (Track Statutory Language of Offense)

knowing and with the intent to defraud used one or more unauthorized access devices (credit cards) to obtain items and monies of a value aggregating $1,000 or more during a one year period; and did knowingly use without lawful authority a means of identification of another person with the intent to commit, or aid and abet, an act which constitutes a violation of Federal law to wit: access device fraud and bank fraud:

in violation of Title **18** United States Code, Section(s) **1028 and 1029 and 1344**

I further state that I am a(n) **Special Agent, Secret Service** and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached and made a part hereof. [x] Yes [ ] No

Signature of Complainant
Carlos Lopez, Special Agent
Secret Service

Sworn to before me, and subscribed in my presence,

May 19, 2000 at Fort Lauderdale, Florida
Date City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer

AFFIDAVIT

I Carlos A. Lopez, being duly sworn, depose and state:

1. I am a Special Agent with the United States Secret Service and have been so employed since June 07, 1999. I have participated in investigations involving credit card fraud, bank fraud, wire fraud, and money laundering, while assigned to the Miami Field Office. I was a police officer with the Miami Beach Police Department from 2/96 until 6/99. I am presently assigned to the South Florida Organized Task Force investigating credit card fraud, bank fraud, mail fraud, wire fraud, and other fraudulent schemes involving organized groups, both in and out of the United States.

2. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, US Code, Section 3056.

3. I have participated in the investigation of the below offenses. The information in this affidavit is based on personal knowledge and conversations with other law enforcement personnel, bank officials, and victims.

4. On 5/17/00, agents from the San Jose Field Office contacted agents from the Miami Field Office regarding an order of computer equipment valued at $225,250.00. The order was placed using a counterfeit company check of Power and Telephone Supply. Prior to the shipment going out, the check was identified as being counterfeit. To further the investigation, the computer

1

vendor mailed a sham shipment to the shipping address of 5309 W. Broward Blvd., Plantation, Fl. 33317.

5. On 5/18/00, agents from the Miami Field Office waited at the above-mentioned location to observe the recipient of the shipment. At approximately 1:30PM a black male arrived at the above location. The black male received the package and exited the premises with the package in hand. The black male, who identified himself as Steven R. Herold (later identified as Kinsley Odibo), was approached by agents of this Service. Odibo was advised he was not under arrest and was asked if he would voluntarily accompany agents to the Miami Field Office for questioning. Odibo agreed at which point he was read his Miranda Rights and waived.

6. Odibo provided a Florida driver's license with the number H310 404 67 419 0, in the name of Steven R. Herold. Odibo was also in possession of three credit cards all in the name of Steven Herold. When asked about the authenticity of the license, Odibo admitted the license was counterfeit. Odibo then said his real name was Kingsley Erute Odibo. He advised his date of birth was 6/19/71 and was born and raised in Nigeria. A computer check with the Florida Dept. of Motor Vehicles revealed this license is not of record in Florida.

7. Odibo stated he purchased the counterfeit license from an individual named "Law." Odibo stated "Law" calls him from different locations to conduct pick ups and deliveries from various mail drop locations. Odibo stated that he was compensated by "Law" for these acts. Odibo further stated he purchased the

2

fraudulent Herold identification from "Law." Odibo stated he then used the fake identification to obtain fraudulent credit card accounts in the name of Steven R. Herold.

8. Odibo had a VISA credit card from First Union (#4329 2430 1234 1428) and a First Union Check Card (#5031 5539 5156 3014) in the name of Steven Herold. Fraud investigators from First Data Corp. advised that the VISA account had a fraud balance of $21,894.75. The address on the fake Florida license in the name of Steven R. Herold is 4059 Crescent Creek Ct., Coconut Creek, Fl. 33073.

9. Odibo had a VISA credit card from SunTrust (#4229 4213 0147 4842) in the name of Steven Herold. According to fraud investigators from First Data Corp., this account has a fraud balance of $7,485.75.

10. During 1/99, fraud investigators from First Data Corp. were in the South Florida Area investigating account takeovers. Investigators went to a mail box drop at 4225 NW 88th Ave. #158, Sunrise, Fl 33351. The manager of the mail box establishment provided fraud investigators with the Florida Identification number used in the application for the mail box drop. The number was M256 178 67 065 0. A computer check with the Florida DMV reveals an identification card under the name of David Thomas McMoore. That identification card bears a photo of Odibo. The address on the identification card is 690 Siesta Key Tr. 2022, Deerfield Beach, Fl 33441.

11. Fraud Investigators from First Data Corp. were able to link credit card account takeovers to Box # 158 at the above mentioned address. Through

3

investigation, numerous other accounts were linked to the accounts that Odibo established through fraudulent means. Current investigation reveals a current fraud loss exceeding $120,000.00.

12. Agents of this Service are currently investigating Odibo on other frauds. This Service had Odibo's real license on file. The photo of this license is the same as the one on McMoore's. Both photos match Odibo. The legitimate license number is O310 505 71 219 0. The address shown on the license is 757 Siesta Key Drive #115, Deerfield Beach, Fl. 33441.

13. On 5/18/00, Border Patrol Agent Jeff Merlett was contacted by this Service regarding the immigration status of Odibo. According to Merlett, Odibo has an expired ~~VISA~~ [of visa] and is now in the United States illegally. Merlett issued an immigration detainer on Odibo (File # A77 919 567).

14. Based on the above information, I have probable cause to believe that Kingsley Erute Odibo, from in or about March 2000 to the present, in Broward County, in the Southern District of Florida, did knowingly and with intent to defraud used one or more access devices (credit cards) to obtain a sum of money equal to or greater than $1,000.00 during a one year period, which affects interstate commerce, in violation of Title 18, US Code, Section

4

1029 (Access Device Fraud) and Title 18, US Code, Section 1028 (Identity Fraud).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Carlos A. Lopez, Special Agent
United States Secret Service

Sworn to and subscribed to before me this \_\_\_ day of May 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE

5