-cr-06163-DTKH   Document 2   Entered on FLSD Docket 05/31/2000   P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. CO-4116-BSS


FILED by _____ D.C.
MAY 1 9 2000
S.D. OF FLA - ___

UNITED STATES OF AMERICA,
   Plaintiff,

v.

KINGSLEY ODIBO
   Defendant

ORDER ON INITIAL APPEARANCE
Language: English

Case No: 00-044(1489-1886)

AUSA: Robert Nicholson

Agent: Secret Service

The above-named defendant having been arrested on May 18, 2000 having appeared before the court for initial appearance on May 19, 2000 and proceedings having been held in accordance ___

ORDERED as follows:

1. Akpodiete, Alexander appeared ___
   Address
   Zip Code _____ Telephone _____

2. ___
   Address
   Zip Code _____

3. The defendant shall ___

4. Arraignment/Preliminary ~~XXXXXXXXXXXXX~~   May 30, 2000   Judge Snow
5. The defendant is held to ___

A detention hearing, pursuant to ___ May 22 ___ 00 at 11:00 a.m.
+ preliminary hearing
6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. § 3142 ___

This bond shall contain the standard conditions of bond printed in the bond form of this court and in addition, the defendant must comply with the special conditions checked below:

  a. Surrender all passports and ___
  b. Report to Pretrial Services as follows ___ times a week by phone ___ times a week in person, other ___
  c. Submit to random urine testing by Pretrial Services for use of non-physician-prescribed substances prohibited by law
  d. Maintain or actively seek full-time gainful employment
  e. Maintain or begin an educational program
  f. Avoid all contact with victims of or witnesses to the crimes charged
  g. Refrain from possessing a firearm, destructive device or other dangerous weapon
  h. Comply with the following curfew ___



_____ 1 Comply with the following additional special conditions of this bond. _____

_____

_____

This bond was set:  At Arrest         _____

                  On Warrant        _____

                  After Hearing     _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

- The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of these conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8 The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft Lauderdale this _____ day of _____May_____ 20 ___

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services