DEFT: KINGSLEY ODIBO (J)     CASE NO: 00-4116-BSS
AUSA: Robert Nicholson     ATTNY: Alexander Akopodiete
AGENT: Secret Service     VIOL: ~~credit card fraud~~
PROCEEDING: I/A on Complaint     BOND REC: PTD
BOND HEARING HELD - yes/(no)     COUNSEL APPOINTED: _____
____ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

*FILED D.C.*
*MAY 22 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services; ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
     ____ Electronic Monitoring

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: May 22, 2000 @ 11:00 a.m.
PRELIM/ARRAIGN. OR REMOVAL: May 22, 2000 @ 11:00 a.m.
STATUS CONFERENCE:

DATE: 5-19-00    TIME: 11:00    TAPE # 00-044    PG # 1489-1886