FILED by _JW_ D.C.

MAY 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4116-BSS

UNITED STATES OF AMERICA,  :

v.  :  **NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

Vinggio Old ko  :

_____  :

COMES NOW _____, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11 1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 5/19/2000

Attorney _Alexander Michaelete, Esq_
Address _28 W. Flagler Street, 11th FL_
City _Miami_  State _FL_  Zip _33130_
Telephone _(305) 358-3666_
Florida Bar No. _17728_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

