**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-4116-555

UNITED STATES OF AMERICA,

v.

Kingsley Odibo

[FILED by MAY 2 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL OF RECORD**

COMES NOW _____David Joffe_____, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: May 22, 2000

Attorney David J. Joffe
Address 2000 Brickell Ave Ste 401
City Miami State FL Zip 33133
Telephone 305/448-5856
Florida Bar No. 081464

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

Kingsley Odibo

