COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: KINGSLEY ODIBO (J)_____ CASE NO:___ 00-4116-BSS_____

AUSA: ROBERT NICHOLSON _____ ATTY:___ ALEXANDER AKPODIETE _____

AGENT:_____ VIOL:_____

PROCEEDING PTD HEARING_____ RECOMMENDED BOND_____

BOND HEARING HELD - yes/no        COUNSEL APPOINTED_____

_____BOND SET @_____

_____SPECIAL CONDITIONS:_____

1) To be cosigned by:_____

2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person

3) Travel extended to:_____

_____

_____

_____

_____

_____

_____

_____

_____

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:_____

_____ PTD/BOND HRG:_____

_____ PRELIM/ARRAIGN:_____

_____ REMOVAL HRG:_____

_____ STATUS CONF:_____

                              FTL/LSS
Date: 5/22/00   Time 11:00    TAPE #00-_____ Begin:_____ End:_____

