UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-4116-BSS
          Plaintiff )
                    ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Kingsley Odibo )
      Defendant )

*************************************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court     (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

*************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 05/18/00     7:45 am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1029 (Credit Card Fraud)

(4) U.S. Citizen [ ] Yes [ ] No [✓] Unknown

(5) Date of Birth: 06/19/71

(6) Type of Charging Document: (Check one)
    [ ] Indictment [✓] Complaint (To be filed/Already filed
    Case #_____
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDFL (Broward)

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 05/18/00   (9) Arresting Officer: Lopez (OE/US)

(10) Agency: USSS     (11) Phone: 954 925-0717

(12) Comments: _____