COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: KINGSLEY ODIBO (J)            CASE NO: 00-4116-BSS
AUSA: ROBERT NICHOLSON  pres        ATTY: DAVID JOFFEE  pres
AGENT:                              VIOL:
PROCEEDING PTD HEARING / PRELIM.    RECOMMENDED BOND
BOND HEARING HELD - yes/no          COUNSEL APPOINTED
       BOND SET @
       SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS      x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Gov't proceeded by proffer
S/A Carlos Lopez - Secret Service

PTD Ordered d/ economic danger, risk of flight, danger to community

Exh 1 - photos of D/L    Ex 2 - booking photo,  Ex 3 - D/L    entered
                                                Ex 4 - D/L    into evidence

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:      Probable cause found
                          PRELIM/ARRAIGN:    held over for
                          REMOVAL HRG:       Grand jury
                          STATUS CONF:

Date: 5-26-00    Time 10:30    FTL/LSS
                               TAPE #00- 026    Begin: 1678    End: 171
                                    and 027