UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4116-SELTZER

UNITED STATES OF AMERICA,         :

            Plaintiff,            :

v.                                :

KINGSLEY ODIBO,                   :

            Defendant.            :
_____



## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on May 30, 2000, a
hearing was held to determine whether the defendant **Kingsley Odibo**
should be detained prior to trial. Having considered the factors
enumerated in 18 U.S.C. § 3142(g), this Court finds that no
condition or combination of conditions will reasonably assure the
appearance of this defendant as required and/or the safety of any
other person and the community. Therefore, it is hereby ordered
that the defendant **Kingsley Odibo** be detained prior to trial and
until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i),
the Court hereby makes the following findings of fact and statement
of reasons for the detention:

1.   The defendant is charged with credit card fraud and
bank fraud, in violation of 18 U.S.C. §§ 1028, 1029 and 1344.  18
U.S.C. § 3142(g)(1).

2.   The weight of the evidence against the defendant is
substantial.  Government witnesses will testify that the defendant

purchased approximately $295,000 worth of computer equipment, using counterfeit checks. Additionally, the defendant attempted to buy an additional $800,000 worth of merchandise with fraudulent checks. At the time of his arrest, the defendant had in his possession three credit cards issued to Steven R. Herold, as well as a Florida driver's license, bearing the defendant's photograph, in that name. The defendant also had a Florida identification card in the name of David Thomas McMoore. During the course of the fraud alleged in the instant case, the defendant assumed the identities of several different individuals. 18 U.S.C. § 3142(g)(2).

3. The pertinent history and characteristics of the defendant are that he is a citizen of Nigeria, who entered the United States on a visitor's visa that expired on September 19, 1998. He claims to be self-employed, doing odd jobs which earn him about $1000 per month. He owns no real property or other assets of value. The defendant's parents and 15 of his 16 siblings reside in Nigeria. It is highly unlikely that this defendant would appear for trial if released on bond. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. There is probable cause to believe that the defendant fraudulently obtained hundreds of thousands of dollars in merchandise, in a scheme that involved more than one million dollars in fraudulent purchases. Although not dealing in narcotics or crimes of violence, he clearly constitutes a danger to the community. 18 U.S.C. § 3142(g)(4).

5. The Court specifically finds that there are no conditions or combination of conditions which reasonably will

2

assure the defendant's appearance as required and/or the safety of any other person and the community.   18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this defendant presents a danger to the community, and there is a substantial likelihood that he would flee if released prior to trial.   The Court hereby directs:

(a)   That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b)   That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c)   That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this $3^{1st}$ day of May, 2000.

Lurana S. Snow

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robert Nicholson (FTL)
Pretrial Services (FTL)
David Joffe, Esq.

3