RNN/m

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE **00-6163**

18 U.S.C. §1344
18 U.S.C. §2

**MAGISTRATE JUDGE
VITUNAC**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KINGSLEY ODIBO, ) | |
| ) | |
| Defendant. ) | |

FILED by _____ D.C.
JUN 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about April 15, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### KINSGLEY ODIBO,

did knowingly and willfully devise a scheme and artifice to defraud First Union National Bank, a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, and credits under the custody and control of said financial institution by means of fraud and false pretenses, representations and promises, in that the defendant fraudulently obtained and used a credit card issued by First Union National Bank in the name of



Steven Herold against which a charge was made in the amount of $2,744.34 for the purchase of a diamond ring, for which the defendant had no intention of paying First Union National Bank.

In violation of Title 18, United Stated Code, Sections 1344 and 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __KINGSLEY ODIBO__    No.:_____

Count #I:
Bank fraud; in violation of 18:1344 and 2.

*Max Penalty:   Thirty (30) years' imprisonment; and a  $1,000,000 fine.

Count #:
_____

*Max Penalty:_____

Count #:
_____
_____

*Max Penalty:_____

Count #:
_____
_____

*Max Penalty:_____

Count # :
_____
_____

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| KINGSLEY ODIBO | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

___ Miami  ___ Key West
_X_ FTL  ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __NO__
   List language and/or dialect ___English___

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days        _X_      Petty        ___
   II   6 to 10 days       ___      Minor        ___
   III  11 to 20 days      ___      Misdem.      ___
   IV   21 to 60 days      ___      Felony       _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court?  (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) __Yes__
   If yes:
   Magistrate Case No.  _00-4116-Seltzer_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _May 18, 2000_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 933996

*Penalty Sheet(s) attached                                    REV.4/7/99