# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 06/23/2000   TIME: 9:30 AM

DEFT. KINGSLEY ODIBO (J)#55309-004   CASE NO. 00-6163-CR-HURLEY/VITUNAC

AUSA. *Lothrop Morris* / ROBERT NICHOLSON   ATTY. *David Joffe (Perm)*

AGENT. U.S. SECRET SERVICE   VIOL. 18:1344 (a)

PROCEEDING: STATUS RE COUNSEL AND POSSIBLE ARRAIGNMENT   BOND. PRETRIAL DETENTION

DISPOSITION: Status Re Counsel & Arraignment held

Deft present with counsel

Notice of permanent appearance filed

Deft waives formal reading of the Indictment & pleads not guilty

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested — signed & dist

Status/Disc. set for 7-24-00 @ 10:00 AM before Judge Johnson

Defense Counsel request to have deft housed @ FDC-Miami

DATE: 6-23-00   TAPE: ADV 00-39-1120

13