UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6163-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KINGSLEY ODIBO,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on __JUNE 23, 2000__, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: __IN CUSTODY__

    Telephone no.: _____

**DEFENSE COUNSEL:**    Name: __DAVID J. JOFFE__

    Address: __2900 BRIDGEPORT AVENUE, SUITE 401__
    __COCONUT GROVE, FLORIDA 33133-3606__

    Telephone no.: __(305) 446-5886__

BOND/SET/CONTINUED: $__PRETRIAL DETENTION__

/////PTD hrg held: YES __X__ NO___ BOND/PTD hrg set for_____

Dated this __23__ day of __JUNE__, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: _____
    Deputy Clerk

c:    Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PINES PROPERTIES, INC.,
a Florida corporation,

Case No.: 00-8041-CIV-RYSKAMP
MAGISTRATE VITUNAC

Plaintiff/Counterdefendant

v.

AMERICAN MARINE BANK,
a Washington corporation.

Defendant/Counterplaintiff.
_____/

**NOTICE OF FILING AMENDED COMPLAINT AND AMENDED
AFFIRMATIVE DEFENSES**

Plaintiff, by and through its undersigned counsel, pursuant to leave granted by Order of this Court, files its Amended Complaint and Amended Affirmative Defenses, appended hereto.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served **via fax and U.S. Mail** upon Burton L. Raimi, Esq. McCaffrey & Raimi, P.A. 1800 Second Street, Suite 753, Sarasota, Florida 34236 and Michael Kranz, Esq., Jones Foster Johnston & Stubbs, P.A., 505 S. Flagler Drive, Suite 1100, West Palm Beach, Florida 33401 this 22nd day of June, 2000.

                          **BEASLEY, LEACOCK & HAUSER, P.A.**
                          Attorneys for Plaintiff
                          Flagler Center, Suite 1400
                          505 South Flagler Drive
                          West Palm Beach, Florida 33401
                          (561) 835-0900
                          (561) 835-0939 (fax)

                          By: _____
                              JAMES W. BEASLEY, JR.
                              Florida Bar No. 145750
                          ROBERT J. HAUSER
                              Florida Bar No. 55141