RECEIVED & FILED IN OPEN COURT
ON 6/26/00 AT
10:15, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6163-CR-Hurley

UNITED STATES OF AMERICA

VS.

Kingsley Orute Odibo

**NOTICE OF PERMANENT
APPEARANCE OF COUNSEL
OF RECORD**

TRIAL **ONLY**: ✓

TRIAL **AND APPEAL**: _____

COMES NOW David S. Joffe and files this appearance as counsel for the above named defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, and if signed on to represent the defendant through appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATE: 06-23-00    BAR NO. 0514164

ATTORNEY: (Print Name) David S. Joffe

SIGNATURE: _____

ADDRESS: 2900 Bridgeport Avenue Suite 401

CITY: Coconut Grove  STATE: Florida  ZIP CODE: 33133-3606

TELEPHONE NO. 305-446-5656 (ofc)

The undersigned defendant hereby consents to the representation by the above counsel.

Kingsley Orute Odibo

permcsl.not