UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6163-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KINGSLEY ODIBO,

    Defendant.
_____/

### NOTICE OF PLEA HEARING

PLEASE TAKE NOTICE that the Court has scheduled a Plea Hearing before the Honorable DANIEL T.K. HURLEY, at the United States District Courthouse, 701 Clematis Street, West Palm Beach, Florida 33401, on <u>Friday</u>, the <u>4th</u> day of <u>August</u>, 2000, at <u>9:00 a.m.</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this 30th day of June, 2000, to ROBERT N. NICHOLSON, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301.

Respectfully submitted,

DAVID J. JOFFE, P.A.
Attorney for Defendant
2900 Bridgeport Avenue
Suite 401
Coconut Grove, Florida 33133
(305) 446-5886

By_____
DAVID J. JOFFE, ESQUIRE
FLORIDA BAR NO. 0814164