TO: THE HONORABLE DANIEL T. K. HURLEY
    UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __KINGSLEY ODIBO__

                            CASE NO. __00-6163-__ CR-HURLEY/VITUNAC

THIS CAUSE came on for Pre-Trial Status Conference on __July 24, 2000__.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

____ The following motions are pending before the assigned Magistrate Judge:

____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

__✓__ There are no discovery problems.

__✓__ The case is likely to settle by plea.

____ The case is ready for trial and not likely to settle by plea.

____ The parties estimate trial will take ____ days to complete.

____ Other comments:

*a plea of guilty will be entered August 4, 2000*

                            Respectfully submitted,

                            LINNEA R. JOHNSON
                            CHIEF U. S. MAGISTRATE JUDGE

TO: THE HONORABLE KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __JOHN TURINO__

CASE NO. __99-6195__ CR-RYSKAMP/JOHNSON(s)

THIS CAUSE came on for Pre-Trial Status Conference on __July 24, 2000__.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

_____

__✓__ There are no discovery problems.

_____ The case is likely to settle by plea.

__✓__ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take __6__ ~~days~~ weeks to complete.

_____ Other comments:
The defense may file a motion for extension of time to file motions, a motion to dismiss

Respectfully submitted,

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE