# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 7/24/00   TIME: 10:00 AM

**DEFT.** KINGSLEY ODIBO (J) #55309-004   **CASE NO.** 00-6163-CR-HURLEY/VITUNAC
(Deft not needed)

**AUSA.** ROBERT NICHOLSON   **ATTY.** DAVID JOFFE - RET

**AGENT.** S/A LOPEZ - USSS   **VIOL.** BANK FRAUD 18:1344(a)

**PROCEEDING** STATUS RE: DISCOVERY   **BOND.** PRETRIAL DETENTION (LSS)

**DISPOSITION** Change of plea set for 8/4/00

No pending motions. No discovery problems. Likely to plea.

DATE: 7/24/00   TAPE: LRJ-00- 61- 3925