UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                              CASE NO. 00-6163-CR-HURLEY

KINGSLEY ODIBO,
    Defendant.
_____/

ORDER SETTING STATUS CONFERENCE

FILED by ___ D.C.
AUG 8 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**THIS MATTER** come before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Wednesday, August 23, 2000, at 8:50 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of August, 2000.

**copy furnished:**
AUSA Robert N. Nicholson, Esq.
David J. Joffe, Esq.

Daniel T. K. Hurley
United States District Judge