## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6163-CR-HURLEY

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

vs.

**KINGSLEY ODIBO,**
   **Defendant.**
_____/



FILED by ___ D.C.
NOV 1 6 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### NOTICE SETTING CHANGE OF PLEA HEARING

TAKE NOTICE that a Change Of Plea Hearing in the above cited case has been set for **Wednesday, December 20, 2000, at 1:30 p.m.** before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom No. 5, 701 Clematis Street, West Palm Beach, Florida.

**DATED THIS** 16th day of November, 2000.

_____
James E. Caldwell, Sr.
Courtroom Deputy

**copy furnished:**
AUSA Robert N. Nicholson
David J. Joffe, Esq.
U.S. Probation Office, WPB, FL
U.S. Marshal Service