# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by _____ D.C.
DEC 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

============================================

Case No. 00-6163-CR        Date December 20, 2000

Courtroom Deputy: James E. Caldwell      Court reporter: Pauline Stipes

Language Spoken: English      Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Kingsley Odibo

AUSA: Robert N. Nicholson    DEFENSE COUNSEL: David J. Joffe

TYPE OF HEARING: Change of plea from not guilty to guilty as to Count One of the One-count indictment.

RESULTS OF HEARING: After an inquiry, the plea of guilty was accepted.

Misc.: Sentencing date set for Friday, March 2, 2001, at 1:30 p.m.