UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6009-CR-HURLEY
CASE NO. 00-6163-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

KINGSLEY ODIBO,
    Defendant.
_____/



## NOTICE RESETTING SENTENCING HEARING

    **TAKE NOTICE** that by order of United States District Judge Daniel T. K. Hurley, the sentencing hearing in the above cited case has been reset to **Friday, March 30, 2001, at 1:30 p.m.** before the Honorable Daniel T. K. Hurley to be conducted in Courtroom 5 at the U. S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

    **DATED THIS** 5th day of March, 2001.

                                                          James E. Caldwell, Sr.
                                                           Courtroom Deputy

**copy furnished:**
AUSA Robert N. Nicholson
David J. Joffe, Esq.
United States Probation Office
United States Marshal Service

