# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 01-6009-CR-HURLEY

UNITED STATES OF AMERICA,
    **Plaintiff,**

vs.

**KINGSLEY ODIBO,**
    **Defendant.**

-----------------------------------------/



FILED by _____ D.C.

MAR - 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. + W.P.B.

## NOTICE RESETTING SENTENCING HEARING

    **TAKE NOTICE** that by order of United States District Judge Daniel T. K. Hurley, the

sentencing hearing in the above cited case has been reset to **Friday, March 30, 2001, at 1:30 p.m.**

before the Honorable Daniel T. K. Hurley to be conducted in Courtroom 5 at the U. S. Courthouse,

701 Clematis Street, West Palm Beach, Florida.

    **DATED THIS** 5th day of March, 2001.

**copy furnished:**
AUSA Robert N. Nicholson
David J. Joffe, Esq.
United States Probation Office
United States Marshal Service

James E. Caldwell, Sr.
Courtroom Deputy

